DESSÚS, PETICIONARIO Y APELADO, *v.* RICCI, INTERVENTORA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en pleito sobre protocolización de testamento ológrafo. Moción del apelado para que se desestime la apelación.

No. 2063.—Resuelto en julio 24, 1919.

DESESTIMACIÓN DE APELACIÓN—COSTAS CIVILES—DERECHOS DEVENGADOS POR EL ESCRITO DE APELACIÓN AL TRIBUNAL SUPREMO.—De acuerdo con el apartado ''D'' de la Sección 2ª. de la Ley No. 17 de 1915 para regular el cobro de derechos y costas en asuntos civiles en las cortes de distrito y municipales, sólo hay que pagar cinco dólares por cada escrito de apelación y no por cada apelación que se establezca en el mismo escrito.

Los hechos están expresados en la opinión.

Abogados de la apelante: *Sres. López de Tord y Zayas Pizarro.*

Abogados del apelado: *Sres. Parra Capó y Pérez Marchand.*

EL JUEZ ASOCIADO SR. ALDREY emitió la opinión del tribunal.

En un solo escrito interpuso la parte apelante recurso de apelación contra dos resoluciones de la corte inferior y adhirió a dicho escrito un sello de rentas de cinco dólares.

Fundándose en este hecho solicita la parte apelada la desestimación de las apelaciones por entender que debieron adherirse al escrito dos sellos de a cinco dólares cada uno por tratarse de dos apelaciones.

El apartado D de la sección 2ª. de la Ley No. 17 de

1915 para regular el cobro de los derechos y costas en los asuntos civiles en las cortes de distrito y municipales dispone lo siguiente: ''Por cada escrito de apelación de una corte de distrito al Tribunal Supremo, $5''.

Como las palabras de una ley deben ser generalmente entendidas en su más corriente y usual significación; y como lo que exige la ley es que se paguen cinco dólares por cada escrito de apelación, entendemos que la apelante cumplió con ese precepto a pesar de que su escrito contiene dos apelaciones pues según la letra de la ley sólo hay que pagar cinco dólares por cada escrito de apelación y no por cada apelación que se establezca en el escrito.

También se solicita la desestimación de una de las apelaciones por el fundamento de ser frívola.

La apelante fué admitida como interventora en la testamentaría de don Angel Franceschi Gregori por tener en tramitación una demanda para que se la declarase hija natural reconocida de Franceschi, demanda que a instancia de la demandante fué desestimada sin fallarse en sus méritos pero tenía presentada otra demanda de igual naturaleza, cuando la corte inferior declaró con lugar la petición de los herederos testamentarios para que cesara esa intervención. Contra esa resolución se interpuso la apelación cuya desestimación se pide por ser frívola.

De los hechos expuestos no aparece claramente que la apelación sea frívola por lo que preferimos dejar esa cuestión para cuando se consideren los méritos de la apelación.

La moción de desestimación debe ser negada.

> *Declarada sin lugar la moción para que se desestime la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, y Hutchison.

El Juez Presidente Sr. Hernández no intervino en la resolución de este caso.